IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TROTTER,

      Plaintiff,

vs.

F. A. GONZALEZ, et al.,

      Defendants.

      No. CIV S-10-2673 EFB P

      C.D. Cal. No. Civ. 2:09-5400 JVS JCG

      ORDER

/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, defendants are located in and the claims apparently arose, in Lancaster, California, which is in the Central District of California. 28 U.S.C. § 84(c). Moreover, plaintiff's filings in this action appear related to an action currently pending in the Central District. *See Trotter v. Haws*, No. Civ. 2:09-5400 JVS JCG. Therefore, in the interest of justice, this action is

1 transferred to the United States District Court for the Central District of California. *See* 28

2 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

3     So ordered.

4 DATED: October 18, 2010.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE