# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F.A. GONZALEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 10-7915 UA (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Order Dismissing Civil Rights Action With Prejudice.

Dated: November 9, 2010　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Audrey B. Collins
　　　　　　　　　　　　　　　　Chief United States District Judge